```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

JOEL VENTURA,

                    Plaintiff,        20-cv-119 (JGK)

    - against -                     ORDER

PUTNAM GARDENS PARKING CORP et al.,

                    Defendants.

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff was required to serve the summons and complaint within 90 days after the complaint was filed. See Fed. R. Civ. P. 4(m). The plaintiff failed to do so. The time to serve the summons and complaint is extended to May 22, 2020. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
           April 23, 2020         /s/ John G. Koeltl
                                                John G. Koeltl
                                     United States District Judge