```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
JOEL VENTURA,

                    Plaintiff,            20cv119 (JGK)

      - against -                         ORDER

PUTNAM GARDENS PARKING CORP. et al.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court previously extended the time to serve until May 22, 2020. The individual defendant, John Gerasovlis, was not served. Therefore, the complaint against the individual defendant is dismissed without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). While service was made on the corporate defendant, Putnam Gardens Parking Corporation, there has been no timely answer. Therefore, the plaintiff should file an order to show cause for a default judgment against the corporate defendant by August 14, 2020 or the case against the corporate defendant will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **July 30, 2020**              /s/ John G. Koeltl
                                              John G. Koeltl
                                     **United States District Judge**