```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-29-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL VENTURA, ET AL.,

               Plaintiffs,        20-cv-119 (JGK)

    - against -                ORDER

PUTNAM GARDENS PARKING CORP. and
JOHN GERASOVLIS,

               Defendants.

JOHN G. KOELTL, District Judge:

    On September 25, 2020, at docket no. 25, the Clerk of the Court issued a Certificate of Default as to the defendant PUTNAM GARDENS PARKING CORP. By Order issued on October 13, 2020, at docket no. 31, the Court ordered the defendant to show cause by October 26, 2020, why an order for an entry of default judgment should not be issued pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The plaintiff served the defendant with the Order and filed proof of service on October 14, 2020, at docket no. 32. Because the defendant has failed to respond by the due date, the plaintiff is entitled to a default judgment as to defendant PUTNAM GARDENS PARKING CORP. The case is referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated:    New York, New York
           October 29, 2020

                                              John G. Koeltl
                                    United States District Judge