

# MKC LAW GROUP

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

November 14, 2022

<u>Via ECF; Total Pages: 1</u>
Hon. Valerie Figueredo, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

      Re:    Ventura et al v. Putnam Garden Parking Corp. et al
              Docket No.: 1:20-cv-00119

Dear Judge Figueredo:

     This office represents Plaintiff in the above referenced matter. A phone conference is currently scheduled for Thursday November 17, 2022 at 10:00 a.m. I respectfully request an adjournment of this telephone conference due to an unexpected conflict caused by a change in travel plans.

     This is the first request for an adjournment of this matter. Defendants have not appeared in this case, so I have no adversary to consult with as to this request. I respectfully submit the following alternate dates/times for the Court's consideration: 12/2/22 at 10:00 a.m.; 12/5/22 at 10:00 a.m.

     Thank you for your kind consideration and courtesies in addressing this matter.

Respectfully submitted,

*Michael K. Chong*

Michael K. Chong, Esq.

---

Application Granted

*Valerie Figueredo, U.S.M.J.*
DATED: 11-14-2022

The telephonic conference is rescheduled to December 2, 2022 at 3:00 p.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code 9781335.

MKC/