UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL VENTURA,                                        20-cv-119 (JGK)

               Plaintiff,                ORDER

    - against -

PUTNAM GARDENS PARKING CORP., ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Figueredo dated March 20, 2023. ECF No. 51. The Report recommends that the plaintiff be awarded damages as set forth in the Report and Recommendation pursuant to an entry of default judgment against defendant Putnam Gardens Parking Corporation.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well-reasoned and correct. The Court therefore adopts the Report and Recommendation.

    The plaintiff is directed to submit a proposed judgment by

June 14, 2013. The defendant may submit any counter-judgment by June 16, 2013.

SO ORDERED.

Dated:   New York, New York
         May 23, 2023

_____
John G. Koeltl
United States District Judge