UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL VENTURA,

                Plaintiff,

   - against -

PUTNAM GARDENS PARKING CORP., ET AL.,

                Defendants.

20-cv-119 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

In an earlier Order, the Court adopted the Report and Recommendation of Magistrate Judge Figueredo and set a briefing schedule for the plaintiff and defendants to submit a proposed judgment and any counter-judgment. The date for the plaintiff to submit a proposed judgment is amended to **June 14, 2023,** and the date for the defendants to submit any counter-judgment is amended to **June 16, 2023.**

SO ORDERED.

Dated:    New York, New York
           May 24, 2023

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                           United States District Judge