UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL VENTURA, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff,*<br><br>v.<br><br>PUTNAM GARDENS PARKING CORP., and JOHN GERASOVLIS,<br><br>*Defendants.* | 1:20-cv-00119<br><br>**(PROPOSED) ORDER FOR JUDGMENT** |

THIS MATTER having come before the Court for the entry of an Order for Judgment based on the procedural history as follows:

1. Entry of Judgment by Default was entered against Defendant Putnam Gardens Parking Corp. on October 29, 2020;

2. Damages Inquest proceedings having been conducted before Magistrate Figueredo based on written submissions submitted by counsel for the Plaintiff;

3. Magistrate Figueredo having issued a Report and Recommendations on March 20, 2023;

4. District Judge Koeltl having issued a ruling adopting the Magistrate's Report and Recommendations on May 23, 2023;

It is hereby ordered that judgment by default be entered in favor of Plaintiff and against Defendant Putnam Gardens Parking Corp. as follows;

1. Judgment in the amount of $160,670.40 for unpaid overtime damages;

2. Judgment in the amount of $15, 387.00 for spread of hours compensation.

3. Judgment in the amount of $176,057.40 as liquidated damages;

4. Judgment in the amount of $5000.00 as statutory damages for violation of the wage

notice provision of N.Y. Lab. Law Section 195 (1);

5. Judgment in the amount of $5000.00 as statutory damages for the violation of the wage statement requirement of N.Y. Lab. Law Section 195 (3);

6. Judgment of attorneys fees of $12,506.00 and costs of $464.63;

7. The Clerk is directed to calculate pre judgment interest at the rate of 9% per year on the compensatory damages of $176,057.40 from August 27, until the date of the entry of judgement;

8. The Clerk is directed to calculate post judgement interest from the date the Clerk enters judgement until the date of the payment of the judgement using the Federal interest rate pursuant to 28 USC Section 1961.

It is so ordered this _____ day of June , 2023.

_____
Honorable John G. Koeltl
United States District Judge