UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL VENTURA,                                    20-cv-119 (JGK)

        Plaintiff,                          ORDER

    - against -

PUTNAM GARDENS PARKING CORP.,
ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

On May 24, 2023, this Court set a deadline of June 14, 2023, for the plaintiff to file a proposed judgment, as well as a deadline of June 16, 2023, for the defendants to submit a proposed counter-judgment. ECF No. 53. Because the plaintiff submitted its proposed judgment on June 16, 2023, the deadline for the defendants to submit their proposed counter-judgment is **extended** to **June 24, 2023**.

SO ORDERED.

Dated:    New York, New York
          June 21, 2023

                                        John G. Koeltl
                                United States District Judge