UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOEL VENTURA, *individually and on behalf of others similarly situated*,

*Plaintiff*,

v.

PUTNAM GARDENS PARKING CORP., and JOHN GERASOVLIS,

*Defendants*.

---

1:20-cv-00119

(~~PROPOSED~~) ORDER FOR JUDGMENT

THIS MATTER having come before the Court for the entry of an Order for Judgment based on the procedural history, as follows:

1. A finding that a default judgment should be ~~Entry of Judgment by Default~~ (was made) was entered against Defendant Putnam Gardens Parking Corp. on October 29, 2020;

2. Damages Inquest proceedings having been conducted before Magistrate Figueredo based on written submissions submitted by counsel for the Plaintiff;

3. Magistrate Figueredo having issued a Report and Recommendations on March 20, 2023;

4. District Judge Koeltl having issued a ruling adopting the Magistrate's Report and Recommendations on May 23, 2023;

It is hereby ordered that judgment by default be entered in favor of Plaintiff and against Defendant Putnam Gardens Parking Corp. as follows;

1. Judgment in the amount of $160,670.40 for unpaid overtime damages;

2. Judgment in the amount of $15,387.00 for spread of hours compensation.

3. Judgment in the amount of $176,057.40 as liquidated damages;

4. Judgment in the amount of $5000.00 as statutory damages for violation of the wage

notice provision of N.Y. Lab. Law Section 195 (1);

5. Judgment in the amount of $5000.00 as statutory damages for the violation of the wage statement requirement of N.Y. Lab. Law Section 195 (3);

6. Judgment of attorneys fees of $12,506.00 and costs of $464.63;

7. The Clerk is directed to calculate pre judgment interest at the rate of 9% per year on the compensatory damages of $176,057.40 from August 27, 2016, until the date of the entry of judgement, in the amount of $108,919.24. Post Judgment will accrue on the judgment

8. ~~The Clerk is directed to calculate post judgement interest from the date the Clerk enters judgement~~ until the date of the payment of the judgement using the Federal interest rate pursuant to 28 USC Section 1961.

It is so ordered this 10 day of July 2023.

_____
Honorable John G. Koeltl
United States District Judge

The Clerk is directed to calculate the amount of pre-judgment interest, to enter judgment, and to close this case.

So ordered.

John G. Koeltl
7/10/23    U.S.D.J.

2